IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MICHAEL DOYLE                                                                                         PLAINTIFF

v.                                               Case No. 14-2053

CAROLYN W. COLVIN, Commissioner of
Social Security Administration                                                                   DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the decision of the Administrative Law Judge is AFFIRMED, and Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 30th day of March, 2015.

/s/ P. K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE